UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN TRUCKING, INC., a Washington corporation, <br><br> Defendant. | NO.   C12-1159-RSM <br><br><br> ORDER ON JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Morgan Trucking, Inc. |
| Principal Judgment Amount: | $2,806.03 |
| Liquidated Damages | $561.21 |
| Interest to Date of Judgment: | $15.94 |
| Attorneys Fees: | $529.50 |
| Costs: | $419.50 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Three percent (3%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, Pedersen, McCarthy & Ballew, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits

thereto and the Declaration of Miriam Williams and the exhibits thereto, in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Teamsters Local 252, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period May 2012 and June 2012:  for contributions of $2,806.03, for liquidated damages of $561.21, for pre-judgment interest of $15.94, for attorneys' fees of $529.50, and for costs of $419.50, all for a total of $4,332.18, together with interest accruing thereupon at the rate of 0.18% per annum from the date of entry hereof until fully paid.

ENTERED this 18th day of October 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

s/*Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, Pedersen, McCarthy & Ballew, L.L.P.
Attorneys for Plaintiff